

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

B. BRETT HEAVNER
202.408.4073
b.brett.heavner@finnegan.com

December 17, 2019

Office of the Clerk
U.S. District Court for the District of Delaware
844 North King Street, Unit 18
Wilmington, DE 19801-3570

<u>Re: Application for DMCA Subpoena</u>

Dear Sir or Madam:

On behalf of the American Petroleum Institute ("API"), I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

As you may know, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that copyright owner file the following with the Clerk:

1) A copy of the notification required by Section 512(c)(3)(A);

2) A proposed subpoena; and

3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting the rights under this title.

Accordingly, attached for filing with the Clerk are the notification pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. We also enclose a $47.00 check to cover the Court's filing fee, and a self-addressed Federal Express envelope to receive the signed subpoena. As we have complied with the request of the statute, we ask that the Clerk, pursuant to Section 512(h)(4), expeditiously issue and sign the proposed subpoena and return it (c/o undersigned counsel) for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, please use the contact information noted in this letter.

Office of the Clerk
U.S. District Court for the District of Delaware
Page 2

Yours very truly,

B. Brett Heavner
Finnegan, Henderson, Farabow, Garrett
 & Dunner, LLP